UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH COTRONEO,

      Plaintiffs,

v.                            CASE NO: 8:07-cv-611-T-23TBM

USF&G SPECIALTY INSURANCE
COMPANY,

      Defendant.

_____/

## ORDER

The parties' "Joint Stipulation Agreeing to Abate Action" (Doc. 6) is **APPROVED IN PART**, consistent with this order.  Accordingly, this case is **STAYED** pending the parties' June 26, 2007, mediation conference, following which the parties may either (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause.  The defendant's motion to dismiss (Doc. 5) is **DENIED WITHOUT PREJUDICE** to the defendant's right to renew the motion upon an impasse by the parties at mediation.  The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case.

ORDERED in Tampa, Florida, on May 8, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
       Courtroom Deputy